IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID STEBBINS**                                                                                          **PLAINTIFF**

v.                                         Case No. 4:12CV00704 KGB

**JENNIE STEEN, CLERK OF BOONE
COUNTY CIRCUIT COURT; OFFICE OF
THE CLERK OF THE BOONE COUNTY
CIRCUIT COURT; OFFICE OF THE CLERK
OF THE ARKANSAS SUPREME COURT;
LESLIE STEEN, CLERK OF THE ARKANSAS
SUPREME COURT; and STATE OF ARKANSAS**                      **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

DATED this the 20th day of August, 2013.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge